## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO.** |
| | § | |
| **MD AZAD** | § | **2 0 CR   157** |
| **A/K/A MOHAMMAD AZAD** | § | |
| **A/K/A MOHAMMED AZAD,** | § | United States Courts |
| **HIMANSHU KUMAR, and** | § | Southern District of Texas |
| **SUMIT KUMAR SINGH** | § | F I L E D |

**INDICTMENT**

**MAR 1 1 2020**

David J. Bradley, Clerk of Court

THE GRAND JURY CHARGES:

## COUNT ONE
(Conspiracy 18 U.S.C. § 1349)

**A.    INTRODUCTION**

At all times material to this Indictment:

1.    Defendants **MD AZAD A/K/A MOHAMMAD AZAD A/K/A**

**MOHAMMED AZAD, HIMANSHU KUMAR, AND SUMIT KUMAR**

**SINGH,** and others known and unknown, were members of a criminal fraud ring

(the "Fraud Ring") operating out of Houston, Texas that committed a technical

support refund fraud scheme targeting primarily elderly victims throughout the

United States.  The primary objective of the Fraud Ring's technical support refund

fraud scheme was to trick and deceive victims into believing that a technical

support company purportedly helping the victims with their computers had

1

erroneously refunded or overpaid the victims and that the victim needed to return the overpayment by mailing it back in cash to co-conspirators in alias names via FedEx or UPS.

2.      The scheme generally worked by the Fraud Ring making contact with the victim by phone or via internet sites directing the victim to a particular phone number to obtain computer technical support.  Once a victim called or emailed the purported technical support center, the Fraud Ring conspirators requested permission to obtain remote access to the victim's computers, gaining access to personal data and bank and credit card information.

3.      Victims typically paid a fee to the Fraud Ring conspirators for the alleged technical support, but were later told they were due a refund.  Through paying for "technical support" or through the "refund" process, the Fraud Ring gained access to the victim's bank account(s) and credit cards and manipulated the accounts to make it appear the victim was paid too large a refund due to a typographical error (*e.g.*, a victim received a refund of $10,000 instead of the intended refund amount of $100).  Victims were then instructed to reimburse the Fraud Ring by mailing cash to a co-conspirator utilizing an alias name at a specific address, which were in fact FedEx and UPS stores.

4.      Victims were sometimes re-victimized multiple times, and were sometimes threatened with bodily harm if they did not pay.

**B.    THE CONSPIRACY**

5.    From at least in or around January 2020 through in or around February 2020,

in the Houston Division of the Southern District of Texas and elsewhere,

**MD AZAD A/K/A MOHAMMAD AZAD A/K/A MOHAMMED AZAD,
HIMANSHU KUMAR, AND SUMIT KUMAR SINGH**

the defendants, and others known and unknown, did knowingly combine, conspire,

confederate, and agree with others known and unknown, to commit mail fraud, in

violation of Title 18, United States Code, Section 1341.

6.    It was a part and object of the conspiracy that defendants, and others known

and unknown, did knowingly and willfully devise, and intend to devise, a scheme

to defraud and for obtaining money and property by means of material false and

fraudulent pretenses, representations, and promises, and for the purpose of

executing such scheme, did cause mail to be delivered by private and commercial

interstate carriers, in violation of Title 18, United States Code, Section 1341.

**C.    MANNER AND MEANS OF THE CONSPIRACY**

7.    The defendants sought to accomplish the purpose of the conspiracy by,

among other things, the following manner and means, among other things:

a.    Deceiving victims into believing they had been overpaid on a refund for

computer technical support and instructing victims to mail the overpayment back

in cash via FedEx or UPS;

3

b.      Posing under assumed or fake names to pick up packages of cash mailed by

victims at FedEx and UPS;

c.      Presenting false and fraudulent identification documents to pick up packages

mailed by victims at FedEx and UPS.

In violation of Title 18, United States Code, Section 1349.

## COUNTS TWO - EIGHT
### [Mail Fraud: 18 U.S.C. § 1341]

8.      Paragraphs 1 – 7 of Count One of this Indictment are re-alleged and

incorporated by reference as though fully set forth herein.

9.      From at least in or around January 2020 and at least in or about February

2020, in the Southern District of Texas and elsewhere, the defendants,

### MD AZAD A/K/A MOHAMMAD AZAD A/K/A MOHAMMED AZAD, HIMANSHU KUMAR, AND SUMIT KUMAR SINGH

did knowingly and willfully devise, and intend to devise, a scheme to defraud and

for obtaining money and property by means of material false and fraudulent

pretenses, representations, and promises, and for the purpose of executing such

scheme, did cause mail to be delivered by the United States Postal service and by a

private and commercial interstate carrier.

10.     It was part of the scheme to defraud that defendants engaged in a technical

support fraud scheme to deceive victims into believing victims had erroneously

received a refund or overpayment from a technical support company that needed to

4

be repaid, causing individuals throughout the United States to mail cash to be delivered by a private and commercial interstate carrier.

11.     On or about the following dates, for the purpose of executing the scheme to defraud, the defendants,

**MD AZAD A/K/A MOHAMMAD AZAD A/K/A MOHAMMED AZAD, HIMANSHU KUMAR, AND SUMIT KUMAR SINGH**

knowingly did cause mail to be delivered by a private and commercial interstate carrier as set forth below:

| COUNT | DATE | DESCRIPTION |
|---|---|---|
| 2 | 1/18/2020 | Mail matter containing cash delivered to the Southern District of Texas |
| 3 | 1/24/2020 | Mail matter containing cash delivered to the Southern District of Texas |
| 4 | 2/6/2020 | Mail matter containing cash delivered to the Southern District of Texas |
| 5 | 2/22/2020 | Mail matter containing cash delivered to the Southern District of Texas |
| 6 | 2/22/2020 | Mail matter containing cash delivered to the Southern District of Texas |
| 7 | 2/25/2020 | Mail matter containing cash delivered to the Southern District of Texas |
| 8 | 2/25/2020 | Mail matter containing cash delivered to the Southern District of Texas |

In violation of Title 18, United States Code, Section 1341 and 2.

## NOTICE OF CRIMINAL FORFEITURE
### [18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461 (c)]

Pursuant to Title 18, United States Code, Section 981(a)(1)(C), the United States gives notice to

### MD AZAD A/K/A MOHAMMAD AZAD A/K/A MOHAMMED AZAD, HIMANSHU KUMAR, AND SUMIT KUMAR SINGH

defendants herein, that in the event of conviction of any of Counts One through Eight, all property, real or personal, which constitutes or is derived from proceeds traceable to such offenses is subject to forfeiture.

### Money Judgment and Substitute Assets

The United States will seek the imposition of a money judgment against each defendant. In the event that a condition listed in Title 21, United States Code, Section 853(p) exists, the United States will seek to forfeit any other property of the defendant in substitution up to the amount of the money judgment against the defendant.

A TRUE BILL:


Original signature on File

_____
FOREPERSON OF THE GRAND JURY


RYAN K. PATRICK
United States Attorney

By: _____
    Quincy Ollison
    Belinda Beek
    Assistant United States Attorneys