**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

United States District Court
Southern District of Texas
**ENTERED**
March 12, 2020
David J. Bradley, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Criminal No. 4:20−cr−00157 |
| § | |
| Md Azad, Himanshu Kumar, Sumit Kumar Singh § | |

## *DOCKET CONTROL ORDER*

The defendant having appeared with counsel for arraignment and having entered a plea of "not guilty", it is ORDERED that:

1. MOTIONS will be filed by — March 31, 2020

2. RESPONSES will be filed by — April 10, 2020

3. Proposed JURY QUESTIONS and JURY CHARGE will be filed by —

4. PRETRIAL CONFERENCE is set for
515 Rusk, Courtroom 11A, 11th Floor, Houston, Texas — April 27, 2020 at 10:00 AM

5. JURY TRIAL set for — May 4, 2020 at 01:30 PM

6. Speedy trial limits waived? (yes/no) — NO

7. Estimated Trial Time: — 10 DAYS

Direct questions about this schedule to Cynthia Horace, Case Manager to U.S. District Judge Kenneth M. Hoyt, at Cynthia_Horace@txs.uscourts.gov, 713-250-5515.

SIGNED on March 12, 2020, at Houston, Texas.

*Frances H. Stacy*
Frances H. Stacy
United States Magistrate Judge